UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DELWIN BERRY, )
)
    Plaintiff, )
)
v. ) CV625-015
)
ZERBYIAK, et al., )
)
    Defendants. )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 3), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 3.) Berry's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA