# United States District Court
## Southern District of Georgia

Delwin Berry

              Plaintiff,

                                            JUDGMENT IN A CIVIL CASE

            V.                          CASE NUMBER: 6:25-cv-00015

Zerbyiak, et al.,

              Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated August 8, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case. This civil action stands closed.



| 8/8/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |